Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Manuel H. Canada and Reina Noemi C. Tanada,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Home Mortgage and Experian Information Solutions, Inc., Wells Fargo Home Equity and Equifax Information Services, LLC,<br><br>Defendants. | Case No.: 2:15-cv-02435-RCJ-VCF<br>Case No.: 2:15-cv-02437-RCJ-VCF<br>Case No.: 2: 16-cv-01001-RCJ-VCF<br>Case No.: 2:16-cv-01006-RCJ-VCF<br><br>**JOINT MOTION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Manuel H. Tanada ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") move this Court to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.  Defendant was previously dismissed from Case No.: 2:15-cv-02437-RCJ-VCF.  *See* 2:15-cv-02437-RCJ-VCF, ECF Nos. 18, 19.  Defendant, upon this Court granting this Joint Motion, will therefore be dismissed entirely from this consolidated matter.

DATED this 4th day of August 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/ Bob L. Olson
Bob L. Olson, Esq.
Charles E Gianelloni, Esq.
V. R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for Defendant *Experian Information Solutions, Inc.*

IT IS SO ORDERED:

DATED: September 7, 2016   _____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 4, 2016, the foregoing JOINT MOTION TO DISMISS OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117

Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Manuel H. Tanada and Reina Noemi C. Tanada,<br><br>            Plaintiff,<br><br>v.<br><br>Wells Fargo Home Mortgage and Experian Information Solutions, Inc., Wells Fargo Home Equity and Equifax Information Services, LLC,<br><br>            Defendants. | Case No.: 2:15-cv-02435-RCJ-VCF<br>Case No.: 2:15-cv-02437-RCJ-VCF<br>Case No.: 2: 16-cv-01001-RCJ-VCF<br>Case No.: 2:16-cv-01006-RCJ-VCF<br><br>**JOINT MOTION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Manuel H. Tanada ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") move this Court to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.  Defendant was previously dismissed from Case No.: 2:15-cv-02437-RCJ-VCF.  *See* 2:15-cv-02437-RCJ-VCF, ECF Nos. 18, 19.  Defendant, upon this Court granting this Joint Motion, will therefore be dismissed entirely from this consolidated matter.

DATED this 4th day of August 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/  Bob L. Olson
Bob L. Olson, Esq.
Charles E Gianelloni, Esq.
V. R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for Defendant *Experian Information Solutions, Inc*.

IT IS SO ORDERED:

DATED:___September 7, 2016_____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 4, 2016, the foregoing JOINT MOTION TO DISMISS OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117