Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Manuel H. Tanada*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Manuel H. Tanada and Reina Noemi C. Tanada,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo Home Mortgage, and Experian Information Solutions, Inc.,<br><br>Defendants. | Case No.: 2:15-cv-02435-RCJ-VCF<br>Case No.: 2:15-cv-02437-RCJ-VCF<br>Case No.: 2: 16-cv-01001-RCJ-VCF<br>Case No.: 2:16-cv-01006-RCJ-VCF<br><br>**Stipulation of Dismissal of Wells Fargo Home Mortgage and Wells Fargo Home Equity** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Manuel H. Tanada and Reina Noemi C. Tanada ("Plaintiffs") and Defendant Wells Fargo Home Mortgage and Wells Fargo Home Equity ("Defendants") stipulate to dismiss with prejudice Plaintiffs' claims against Defendants only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 30th day of January 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**SNELL & WILMER, LLP**

By: Karl O Riley
Karl O Riley, Esq.
Jeffrey Willis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendants*
*Wells Fargo Home Mortgage and Wells Fargo Home Equity*

IT IS SO ORDERED
_____
UNITED STATES DISTRICT JUDGE
DATED: This 1st day of February, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 30, 2017, the foregoing Stipulation was served by email to all parties appearing in this case as follows:

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117